■ RICHARD T. CUMMINGS et al., Appellants, v JIAYAN GU et al., Respondents. [845 NYS2d 211]—Motion for reargument denied. Present—Scudder, P.J., Centra, Lunn, Fahey and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD V. TYLER, Appellant. [845 NYS2d 211]—Motion for reargument denied. Present—Hurlbutt, J.P., Gorski, Smith, Lunn and Pine, JJ.

■ In the Matter of ANGELA M. RODRIGUEZ, Appellant, v ROBERT DOAR, as Commissioner of Onondaga County Department of Social Services, et al., Respondents. [845 NYS2d 211]—Motion for reargument denied. Present—Scudder, P.J., Gorski, Smith, Fahey and Green, JJ.

■ CARL A.G., Appellant, v MYRIAM L.G., Respondent. [845 NYS2d 211]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Gorski, Centra and Green, JJ.

■ NORTH CENTRAL MECHANICAL, INC., on Behalf of Itself and Others Similarly Situated, Respondent, v HUNT CONSTRUCTION GROUP, INC., Appellant, et al., Defendant. (Appeal No. 1.) NORTH CENTRAL MECHANICAL, INC., on Behalf of Itself and Others Similarly Situated, Respondent-Appellant, v HUNT CONSTRUCTION GROUP, INC., Appellant-Respondent, et al., Defendant. (Appeal No. 2.) [845 NYS2d 211]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Peradotto, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT A. BREACH, Appellant, v ROBERT A. KIRKPATRICK, as Superintendent of Wende Correctional Facility, Respondent. [844 NYS2d 727]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Erie County, Sheila A. DiTullio, A.J.—Habeas Corpus). Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROWN, Appellant. [844 NYS2d 726]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Monroe County Court, Stephen K. Lindley, J.—Attempted Criminal Possession Controlled Substance, 5th Degree). Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.